MICHAEL SULLIVAN ET AL., PLAINTIFFS IN ERROR, v. DOMINIC VISCONTI ET AL., DEFENDANTS IN ERROR.

On error to the Supreme Court.

For the plaintiffs in error, *McEwen & McEwen.*

For the defendants in error, *Robert Carey.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Pitney in that court. 39 *Vroom* 543.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN SYCKEL, DIXON, GARRISON, GARRETSON, SWAYZE, BOGERT, VREDENBURGH, VOORHEES, VROOM. 11.

*For reversal*—None.